| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLUMBIA |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **2100 15TH ST SE LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **86-1644597** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**2100 15th Street, SE**<br>**Washington, DC 20020**<br>Number, Street, City, State & ZIP Code<br><br>**District of Columb**<br>County | **Mailing address, if different from principal place of business**<br><br>**6519 Loan Oak Dr**<br>**Bethesda, MD 20817**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **2100 15TH ST SE LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **2100 15TH ST SE LLC**      Case number (*if known*)
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **2100 15TH ST SE LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **2100 15TH ST SE LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2024**
MM / DD / YYYY

X  **/s/ Jesper Sixtus Nylen**                              **Jesper Sixtus Nylen**
Signature of authorized representative of debtor             Printed name

Title  **Sole Member**

**18. Signature of attorney**

X  **/s/ Justin P. Fasano**                                 Date  **April 24, 2024**
Signature of attorney for debtor                                    MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone  **301-441-2420**      Email address  **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number and State

# Resolutions of
# 2100 15TH ST SE LLC

WHEREAS, JESPER SIXTUS NYLEN, the sole member (the "Member") of 2100 15TH ST SE (the "Company") has reviewed and analyzed materials and advice presented by the legal advisors of the Company regarding the financial condition, short term and long term prospects of the Company and the strategic alternatives available to it, and

WHEREAS, the Member has determined that it is in the best interests of the Company, its creditors, and other interested parties that the Company file a petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 11 Case"); and

WHEREAS, the Member reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing through a chapter 11 bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions of chapter 11 of the Bankruptcy Code in such form and at such time as the Member shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A. to render legal services to the Company and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

FURTHER RESOLVED, that Jesper Sixtus Nylen shall be designated as "Debtor's designee" and shall be hereinafter entitled and authorized to sign such papers and take such actions on behalf of Company as he deems appropriate with advice of counsel; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Member

to seek relief of behalf of the Company under chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

Date: 04/24/2024

2100 15TH ST SE LLC

By: _____
Jesper Sixtus Nylen

Title: Sole Member

Fill in this information to identify the case:

Debtor name: **2100 15TH ST SE LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLUMBIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

```
Allyn Meeks
2100 15th Street, SE
#202
Washington, DC 20020


Ashley Mckinney
2100 15th Street, SE
#206
Washington, DC 20020


Capri Edwards
2100 15th Street, SE
#204
Washington, DC 20020


DC Treasurer
1275 K St NW # 600
Washington, DC 20005


DC Water & Sewer Authority
1385 Canal St SE
Washington, DC 20003


Deborah Mason
2100 15th Street, SE
#201
Washington, DC 20020


Destaine Reed
2100 15th Street, SE
#207
Washington, DC 20020


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jesper Sixtus Nylen
6519 Loan Oak Dr
Bethesda, MD 20817
```

Johnette Evans
2100 15th Street, SE
#205
Washington, DC 20020


Michael Nord, Esq.
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


Patrice Sumler
2100 15th Street, SE
#203
Washington, DC 20020


PEPCO
3400 Benning Road NE
Washington, DC 20019


Taibrea Rajah
2100 15th Street, SE
#104
Washington, DC 20020


TD Bank, N.A.
4061 Powder Mill Road
#410
Beltsville, MD 20705


Tiyonna Fields
2100 15th Street, SE
#105
Washington, DC 20020


Toree Grant
2100 15th Street, SE
#107
Washington, DC 20020


US Realty, LLC
4400 Hunt Place, NE
Unit 100
Washington, DC 20019

# United States Bankruptcy Court
## District of Columbia

In re **2100 15TH ST SE LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **2100 15TH ST SE LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2024**

Date

**/s/ Justin P. Fasano**

**Justin P. Fasano**

Signature of Attorney or Litigant

Counsel for **2100 15TH ST SE LLC**

**McNamee Hosea, P.A.**
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**